**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 416 EAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| BUTCHIE LONG, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 26th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.